RICHARD A. TAMOR, ESQ.
TAMOR & TAMOR
1901 Harrison, 9th Floor
Oakland, CA 94612
Telephone: (510) 847-4170
Facsimile: (510) 847-4174
rtamor@TamorLaw.com

Attorneys for Defendant,
IAN CARL GARCIA

JULIA MEZHINSKY JAYNE (State Bar No. 202753)
E-Mail: *jjayne@campbelljayne.com*
CAMPBELL & JAYNE LLP
350 Sansome Street, Suite 650
San Francisco, California 94104
Telephone: (415) 623-3600
Facsimile: (415) 623-3605

Attorneys for Defendant
JUAN PAOLO GARCIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE EXTRADITION OF:<br><br>JUAN PAULO D. GARCIA AND IAN CARL GARCIA | CASE NO. CR-09-90136 MISC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE FROM NOVEMBER 2, 2009 DECEMBER 21, 2009** |
|---|---|

///

///

///

In Re: Extradition of: Juan Paulo D. Garcia and Ian Carl D. Garcia, CR-09-90136

1

The parties in the above-captioned case, through their counsel of record, hereby make the stipulated request to continue the date of the Status Conference currently scheduled for November 2, 2009, at 9:30 a.m.  Counsel for the defense are in the continuing process of settlement negotiations.  Undersigned defense counsel have communicated with counsel in the Philippines for General Garcia and have been informed that negotiations on their end are progressing well.  The defense is further informed and believe that the natural disasters in the Philippines for the last several weeks may have an impact on the timing of the negotiation process.  Moreover, counsel for Mr. Ian Carl Garcia, will be travelling to the Philippines in the end of November and early December to meet with counsel in the Philippines on this matter if necessary and to perform factual and sentencing investigation in the related criminal matter before the Honorable Marilyn Hall Patel in case number CR-08-0888 MHP.

The defendants both reside out of the State of California and therefore must travel for every Court appearance.  In addition, the Defense has also agreed with the government that the matter currently scheduled before Judge Patel on November 2, 2009, may likewise be continued to December 21, 2009.  The parties will file a stipulation in that matter shortly.  The parties have therefore mutually agreed that the Status Conference should be continued until December 21, 2009 at 9:30 a.m.

IT IS SO STIPULATED.

///

///

///

In Re:  Extradition of:  Juan Paulo D. Garcia and Ian Carl D. Garcia, CR-09-90136

| | | |
|---|---|---|
| Dated:  October 19, 2009 | | CAMPBELL & JAYNE |

BY: ___/S/___
           JULIA JAYNE

ATTORNEYS FOR DEFENDANT JUAN PAOLO DEPAKAKIBO GARCIA

Dated:  October 19 2009                    TAMOR & TAMOR

By: ___/S/___
           RICHARD TAMOR

ATTORNEYS FOR DEFENDANT IAN CARL DEPAKAKIBO GARCIA

Dated: October 19, 2009                    JOSEPH P. RUSSONIELLO
                                                                    UNITED STATES ATTORNEY

By: ___/S/___
           PHILIP KEARNEY

ASSISTANT UNITED STATES ATTORNEY
ATTORNEYS FOR THE UNITED STATES
SPECIALLY APPEARING FOR THE
REPUBLIC OF THE PHILIPPINES.

///

///

///

///

In Re:  Extradition of:  Juan Paulo D. Garcia and Ian Carl D. Garcia, CR-09-90136

**ORDER**

**GOOD CAUSE** appearing, it is hereby ordered that the Status Conference currently scheduled for November 19, 2009, will be continued to December 21, 2009 at 9:30 a.m.

Dated: October __21__ 2009



In Re:  Extradition of:  Juan Paulo D. Garcia and Ian Carl D. Garcia, CR-09-90136

4