```
1   RICHARD A. TAMOR, ESQ.
    TAMOR & TAMOR
2   1901 Harrison, 9th Floor
    Oakland, CA 94612
3   Telephone: (510) 847-4170
    Facsimile: (510) 847-4174
4   rtamor@TamorLaw.com
5
    Attorneys for Defendant,
6   IAN CARL GARCIA

7   JULIA MEZHINSKY JAYNE (State Bar No. 202753)
    E-Mail:    jjayne@campbelljayne.com
8   CAMPBELL & JAYNE LLP
    350 Sansome Street, Suite 650
9   San Francisco, California 94104
    Telephone:   (415) 623-3600
10  Facsimile:   (415) 623-3605

11  Attorneys for Defendant
    JUAN PAULO GARCIA
12
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CR-09-90136 MISC |
|---|---|
| Plaintiff | **STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE FROM DECEMBER 14, 2009 TO FEBRUARY 1, 2010** |
| JUAN PAULO D. GARCIA AND IAN CARL GARCIA, | |
| Defendants | |

IT IS HEREBY STIPULATED by and between the parties hereto and their respective undersigned counsel, and with the consent of Defendants Juan Paulo Garcia and Ian Carl Garcia,

1

that the hearing presently scheduled for December 14, 2009 at 3:00 p.m. be taken off calendar and rescheduled for February 1, 2010 at ~~1:00 p.m.~~ 9:30 a.m. [or any other time which is convenient for the Court]. The purpose of the extension is (1) to allow the defense time to discuss and process case-related information arising out of Mr. Tamor's visit to the Republic of the Philippines and to convey such information to AUSA Kearney; Mr. Tamor returns from the Philippines on December 12, 2009; and (2) it is anticipated that significant progress will be made this year in the Plunder case in the Philippines, out of which arises the Defendants' pending and related extradition matter. Resolution of those cases should facilitate resolution of the matter pending before this Court. Furthermore, the defendants both reside out of the State of California and therefore must travel for every Court appearance. Since the Defense has also agreed with the government that the matter currently scheduled before Judge Patel on December 14, 2009 should likewise be continued to February 1, 2009 (which has been approved and ordered by Judge Patel), it follows that the hearing before this Court should occur on the same day.

The parties stipulate that it is appropriate to exclude time from December 14, 2009 though February 1, 2010, for effective preparation of the defense, and because the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(A) and (B)(iv). The defense submits that it is further appropriate to exclude time for continuity of counsel, and because the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(A) and (B)(iv). The United States does not object to such an exclusion.

DATED: December 9, 2009          Campbell & Jayne LLP


                                 By:      /s/ Julia Mezhinsky Jayne
                                       JULIA MEZHINSKY JAYNE
                                       Attorneys for Defendant
                                       JUAN PAULO GARCIA

2

| | | |
|---|---|---|
| DATED: December 9, 2009 | | Campbell & Jayne LLP |

By: _____/s/ Richard Tamor_____
RICHARD TAMOR
Attorneys for Defendant
IAN CARL GARCIA

DATED: December 9, 2009        UNITED STATES ATTORNEY'S OFFICE

By: _____/s/ Philip Kearney_____
PHILIP KEARNEY
Attorneys for Plaintiff
UNITED STATES OF AMERICA
SPECIALLY APPEARING FOR THE REPUBLIC OF
THE PHILIPPINES

## ORDER

**IT IS SO ORDERED.**   The Status Conference is reset from 12/14/09 at 3:00 p.m. to 2/1/10 at 9:30 a.m.

DATED:        12/10/09

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen
United States District Court, Northern District of California

3