RICHARD A. TAMOR, ESQ.
TAMOR & TAMOR
1901 Harrison, 9th Floor
Oakland, CA 94612
Telephone: (510) 874-4170
Facsimile:  (510) 874-4174
rtamor@TamorLaw.com
rtamor@TamorLaw.com

Attorneys for Defendant,
IAN CARL GARCIA

JULIA MEZHINSKY JAYNE (State Bar No. 202753)
E-Mail:     *jjayne@campbelljayne.com*
CAMPBELL & JAYNE LLP
350 Sansome Street, Suite 650
San Francisco, California 94104
Telephone:    (415) 623-3600
Facsimile:     (415) 623-3605

Attorneys for Defendant
JUAN PAULO GARCIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>JUAN PAULO D. GARCIA AND IAN CARL GARCIA,<br><br>Defendants | CASE NO. CR-09-90136 MISC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE FROM FEBRUARY 1, 2010 TO MARCH 15, 2010** |

IT IS HEREBY STIPULATED by and between the parties hereto and their respective undersigned counsel, and with the consent of Defendants Juan Paulo Garcia and Ian Carl Garcia,

1

that the hearing presently scheduled for February 1, 2010, at 9:30 a.m. be taken off calendar and rescheduled for March 15, 2010 at 9:30 a.m.. The purpose of the extension is (1) to allow Richard Tamor, defense counsel for Ian Garcia, to attend the court appearance since Mr. Tamor is currently scheduled to begin trial in a no-time waiver matter in Alameda County the week of January 25, 2010, and so therefore will be unavailable for currently scheduled court appearance; and (2) it is anticipated that significant progress will be made in the Plunder case in the Philippines, out of which arises the Defendants' pending and related extradition matter. Resolution of those cases should facilitate resolution of the matter pending before this Court. Furthermore, the defendants both reside out of the State of California and therefore must travel for every Court appearance. Since the Defense has also agreed with the government that the matter currently scheduled before Judge Patel on February 1, 2010 should likewise be continued to March 15, 2010, it follows that the hearing before this Court should occur on the same day.

The parties stipulate that it is appropriate to exclude time from February 1, 2010, through March 15, 2010, for effective preparation of the defense, and because the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(A) and (B)(iv). The defense submits that it is further appropriate to exclude time for continuity of counsel, and because the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(A) and (B)(iv). The United States does not object to such an exclusion.

DATED: January 26, 2010          Campbell & Jayne LLP


                                 By:    /s/ Julia Mezhinsky Jayne
                                       JULIA MEZHINSKY JAYNE
                                 Attorneys for Defendant
                                 JUAN PAULO GARCIA


DATED: January 26, 2010          Tamor & Tamor

2

|  |  |
|---|---|
|  | By:   /s/ Richard Tamor |
|  | RICHARD TAMOR |
|  | Attorneys for Defendant |
|  | IAN CARL GARCIA |

DATED: January 26, 2010        UNITED STATES ATTORNEY'S OFFICE

By:   /s/ Philip Kearney
PHILIP KEARNEY
Attorneys for Plaintiff
UNITED STATES OF AMERICA
SPECIALLY APPEARING FOR THE REPUBLIC OF
THE PHILIPPINES

**ORDER**

**IT IS SO ORDERED.**

DATED:   1/26/10

IT IS SO ORDERED
Judge Edward M. Chen

_____
MAGISTRATE JUDGE

3