RICHARD A. TAMOR, ESQ.
TAMOR & TAMOR
1901 Harrison, 9th Floor
Oakland, CA 94612
Telephone: (510) 874-4170
Facsimile:  (510) 874-4174
rtamor@TamorLaw.com

Attorneys for Defendant,
IAN CARL GARCIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE EXTRADITION OF:<br><br>JUAN PAULO D. GARCIA AND IAN CARL GARCIA | CASE NO. CR-09-90136 MISC AND CR-08-00888 MHP<br><br>**APPLICATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE TO ALLOW IAN CARL GARCIA TO BE AWAY FROM HOME ON FRIDAY JANUARY 29, 2010 FROM 9:00 A.M. TO MIDNIGHT** |
|---|---|

1. This Court released, Mr. Ian Carl Garcia, the defendant in the above entitled matters on June 17, 2009, and ordered that he be supervised under electronic home monitoring in his home in Las Vegas, Nevada.

2. This Court allowed Mr. Garcia to be away from home to seek and maintain employment and also to attend Church on Sundays.

3. In December of 2009, this Court allowed Mr. Garcia to travel to Los Angeles, California to the Philippine Embassy.

4. To date, Mr. Garcia has fully complied with all conditions of his pre-trial

In Re:  Extradition of:  Juan Paulo D. Garcia and Ian Carl D. Garcia, CR-09-90136

release and has attended all required Court appearances.

5. Mr. Garcia requests a modification of his electronic home monitoring schedule to allow him to spend his second wedding anniversary with his wife not confined to his home.  Mr. Garcia's second wedding anniversary is this coming Friday January 29, 2010 and he would request to be away from electronic home monitoring from 9:00 a.m. to 11:59 p.m.  Mr. Garcia will not leave Las Vegas, Nevada.

6. I have communicated with Assistant United States Attorneys, Phil Kearney and Hartley West, the prosecutors assigned to the Extradition and Criminal matters respectively and they have no objection to this request.

7. On January 26, 2010, I communicated with U.S. Pre-Trial Services Officer Rich Sarlatte, informing him of my request.  Mr. Sarlatte stated that neither he nor the Pre-Trial Services Officer supervising Mr. Garcia in Las Vegas had any objection to this request as long as this Court's order noted Mr. Garcia's plans for the January 29, 2010.

8. For all the above reasons, Mr. Garcia respectfully request a modification of his conditions of release to allow him to be away from home on Friday January 29, 2010 from 9:00 a.m. until 11:59 p.m.

DATED: January 27, 2010            Tamor & Tamor Tamor


                                   By:     */s/ Richard Tamor*
                                       RICHARD TAMOR
                                       Attorneys for Defendant
                                       IAN CARL GARCIA

In Re:  Extradition of:  Juan Paulo D. Garcia and Ian Carl D. Garcia, CR-09-90136

**FOR GOOD CAUSE SHOWN,**

**IT IS HEREBY ORDERED**, that defendant, IAN CARL GARCIA's conditions of release shall be modified to allow him to be away from home on Friday January 29, 2010 from 9:00 a.m. to 11:59 p.m.  Mr. Garcia shall be allowed to travel to the Makino restaurant at the Las Vegas Premium Outlet Mall, the Las Vegas Premium Outlet Mall, the new City Center at the Las Vegas Strip, a Movie or Show on the Las Vegas Strip, Dinner at Town Square in Las Vegas, and to the MGM Grand Hotel for a snack after dinner. Mr. Garcia shall not leave the city of Las Vegas, Nevada.  All other conditions of release shall remain the same.

DATED:  January __27__, 2010



_____
Honorable
United States Magistrate Judge
Northern District of California

In Re:  Extradition of:  Juan Paulo D. Garcia and Ian Carl D. Garcia, CR-09-90136

3