RICHARD A. TAMOR, ESQ.
TAMOR & TAMOR
1901 Harrison, 9th Floor
Oakland, CA 94612
Telephone: (510) 847-4170
Facsimile:  (510) 847-4174
rtamor@TamorLaw.com

Attorneys for Defendant,
IAN CARL GARCIA

JULIA MEZHINSKY JAYNE (State Bar No. 202753)
E-Mail:     jjayne@campbelljayne.com
CAMPBELL & JAYNE LLP
350 Sansome Street, Suite 650
San Francisco, California 94104
Telephone:   (415) 623-3600
Facsimile:   (415) 623-3605

Attorneys for Defendant
JUAN PAOLO GARCIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF:<br><br>JUAN PAULO D. GARCIA AND IAN CARL GARCIA | CASE NO. CR-09-90136 MISC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE FROM MARCH 15, 2010 TO APRIL 19, 2010** |

///

///

///

In Re:  Extradition of:  Juan Paulo D. Garcia and Ian Carl D. Garcia, CR-09-90136

1

1  The parties in the above-captioned case, through their counsel of record, hereby
2  make the stipulated request to reschedule the date of the Status Conference currently
3  scheduled for March 15, 2010, at 9:30 a.m.
4
5  The defendants both reside out of the State of California and therefore must travel
6  for every Court appearance.  The related criminal matter before the Honorable Marilyn
7  Hall Patel in case number CR-08-0888 MHP has been scheduled for April 19, 2010 at
8  10:00 a.m.  The parties have therefore mutually agreed that the Status Conference in the
9  matter before this Court should also be rescheduled to April 19, 2010 at 9:30 a.m.
10 IT IS SO STIPULATED.
11 ///
12 ///
13 ///
14

In Re:  Extradition of:  Juan Paulo D. Garcia and Ian Carl D. Garcia, CR-09-90136

2

Dated:  March 9, 2010          CAMPBELL & JAYNE

                                                                            BY:     /S/
                                                                                JULIA JAYNE

ATTORNEYS FOR DEFENDANT JUAN PAOLO DEPAKAKIBO GARCIA

Dated:  March 9, 2010          TAMOR & TAMOR

                                                                           By:     /S/
                                                                               RICHARD TAMOR

ATTORNEYS FOR DEFENDANT IAN CARL DEPAKAKIBO GARCIA

Dated: March 9, 2010          JOSEPH P. RUSSONIELLO
                                                       UNITED STATES ATTORNEY

                                                                             By:     /S/
                                                                               PHILIP KEARNEY

ASSISTANT UNITED STATES ATTORNEY
ATTORNEYS FOR THE UNITED STATES
SPECIALLY APPEARING FOR THE
REPUBLIC OF THE PHILIPPINES.

///

///

///

///

In Re:  Extradition of:  Juan Paulo D. Garcia and Ian Carl D. Garcia, CR-09-90136

3

**ORDER**

**GOOD CAUSE** appearing, it is hereby ordered that the Status Conference currently scheduled for March 15, 2010 will be rescheduled to April 19, 2010 at 9:30 a.m.

Dated: March __9__ 2010



In Re:  Extradition of:  Juan Paulo D. Garcia and Ian Carl D. Garcia, CR-09-90136

4