RICHARD A. TAMOR, ESQ.
TAMOR & TAMOR
1901 Harrison, 9th Floor
Oakland, CA 94612
Telephone: (510) 874-4170
Facsimile:  (510) 874-4174
rtamor@TamorLaw.com

Attorneys for Defendant,
IAN CARL GARCIA

JULIA MEZHINSKY JAYNE (State Bar No. 202753)
E-Mail:     *jjayne@campbelljayne.com*
CAMPBELL & JAYNE LLP
350 Sansome Street, Suite 650
San Francisco, California 94104
Telephone:   (415) 623-3600
Facsimile:   (415) 623-3605

Attorneys for Defendant
JUAN PAOLO GARCIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF:<br><br>JUAN PAULO D. GARCIA AND IAN CARL GARCIA | CASE NO. CR-09-90136 MISC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE FROM JUNE 21, 2010 TO JULY 21, 2010** |

///

///

///

In Re:  Extradition of:  Juan Paulo D. Garcia and Ian Carl D. Garcia, CR-09-90136

1

The parties in the above-captioned case, through their counsel of record, hereby make the stipulated request to reschedule the date of the Status Conference currently scheduled for June 21, 2010, at 9:15 a.m.

Counsel for defendants have communicated with Philippine Counsel regarding the status of the Extradition proceedings in the Philippines and counsel is informed that certain affidavits from all defendants in the United States will need to be signed and authenticated in the various Philippine consulates around the country and then delivered to the Philippine Court. The defendants are in the process of causing those documents to be delivered.

The defendants both reside out of the State of California and therefore must travel for every Court appearance. The parties have therefore mutually agreed that the Status Conference in the matter before this Court should also be rescheduled to July 21, 2010 at 10:00 a.m.

IT IS SO STIPULATED.

///

///

///

In Re: Extradition of: Juan Paulo D. Garcia and Ian Carl D. Garcia, CR-09-90136

| | | |
|---|---|---|
| 1 | Dated:  June 15, 2010 | CAMPBELL & JAYNE |
| 2 | | BY:        /S/ |
| 3 | | JULIA JAYNE |
| 4 | | ATTORNEYS FOR DEFENDANT JUAN PAOLO DEPAKAKIBO GARCIA |

Dated:  June 15, 2010          TAMOR & TAMOR

By:          /S/
                RICHARD TAMOR

ATTORNEYS FOR DEFENDANT IAN CARL DEPAKAKIBO GARCIA

Dated: June 15, 2010          JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

By:          /S/
                PHILIP KEARNEY

ASSISTANT UNITED STATES ATTORNEY
ATTORNEYS FOR THE UNITED STATES
SPECIALLY APPEARING FOR THE
REPUBLIC OF THE PHILIPPINES.

///

///

///

In Re:  Extradition of:  Juan Paulo D. Garcia and Ian Carl D. Garcia, CR-09-90136

3

**ORDER**

**GOOD CAUSE** appearing, it is hereby ordered that the Status Conference currently scheduled for June 21, 2010 will be rescheduled to July 21, 2010 at 10:00 a.m.

Dated: June __15__ 2010



By: _____
CHEN
JUDGE
California

In Re: Extradition of: Juan Paulo D. Garcia and Ian Carl D. Garcia, CR-09-90136