RICHARD A. TAMOR, ESQ.
TAMOR & TAMOR
1901 Harrison, 9th Floor
Oakland, CA 94612
Telephone: (510) 847-4170
Facsimile:  (510) 847-4174
rtamor@TamorLaw.com

Attorneys for Defendant,
IAN CARL GARCIA

JULIA MEZHINSKY JAYNE (State Bar No. 202753)
E-Mail:    *jjayne@campbelljayne.com*
CAMPBELL & JAYNE LLP
350 Sansome Street, Suite 650
San Francisco, California 94104
Telephone:   (415) 623-3600
Facsimile:    (415) 623-3605

Attorneys for Defendant
JUAN PAOLO GARCIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF:<br><br>JUAN PAULO D. GARCIA AND IAN CARL GARCIA | CASE NO. CR-09-90136 MISC<br><br>**STIPULATION AND [P~~ROPO~~SED] ORDER CONTINUING STATUS CONFERENCE FROM JULY 21, 2010 TO SEPTEMBER 8, 2010** |

///

///

///

In Re:  Extradition of:  Juan Paulo D. Garcia and Ian Carl D. Garcia, CR-09-90136

1

The parties in the above-captioned case, through their counsel of record, hereby make the stipulated request to reschedule the date of the Status Conference currently scheduled for July 21, 2010, at 10:00 a.m.

The defendants both reside out of the State of California and therefore must travel for every Court appearance.  It is undersigned counsel's belief that a resolution of the Plunder prosecution in the Philippines giving rise to this extradition matter is imminent.  An executed Settlement Agreement is currently under submission for approval by the Sandiganbayan (the Court in the Philippines assigned to hear the underlying Plunder matter against the defendants and their family).   Once the Sandiganbayan has reviewed and approved the Settlement Agreement, the defense expects that the Republic of the Philippines will drop its extradition demand against the defendants.

Therefore, the parties have mutually agreed that the Status Conference in the matter before this Court should be rescheduled to September 8, 2010 at 2:15 p.m.

IT IS SO STIPULATED.

///

///

///

In Re:  Extradition of:  Juan Paulo D. Garcia and Ian Carl D. Garcia, CR-09-90136

Dated: July 15, 2010           CAMPBELL & JAYNE

                                            BY:      /S/
                                                        JULIA JAYNE

ATTORNEYS FOR DEFENDANT JUAN PAOLO DEPAKAKIBO GARCIA


Dated: July 15, 2010           TAMOR & TAMOR

                                            By:      /S/
                                                    RICHARD TAMOR

ATTORNEYS FOR DEFENDANT IAN CARL DEPAKAKIBO GARCIA


Dated: July 15, 2010           JOSEPH P. RUSSONIELLO
                                            UNITED STATES ATTORNEY


                                            By:      /S/
                                                    PHILIP KEARNEY

ASSISTANT UNITED STATES ATTORNEY
ATTORNEYS FOR THE UNITED STATES
SPECIALLY APPEARING FOR THE
REPUBLIC OF THE PHILIPPINES.


///

///

///

In Re: Extradition of: Juan Paulo D. Garcia and Ian Carl D. Garcia, CR-09-90136

///

**ORDER**

**GOOD CAUSE** appearing, it is hereby ordered that the Status Conference currently scheduled for July 21, 2010 will be rescheduled to September 8, 2010 at 2:15 p.m.

Dated: July __15__ 2010

By: _____
Judge Edward M. Chen
United States Magistrate Judge
Northern District of California



In Re: Extradition of: Juan Paulo D. Garcia and Ian Carl D. Garcia, CR-09-90136