RICHARD A. TAMOR, ESQ.
TAMOR & TAMOR
Law Chambers Building
345 Franklin, 3rd Floor
San Francisco, CA 94102
Telephone: (415) 655-1969
Facsimile:  (415) 887-7658
rtamor@TamorLaw.com

Attorneys for Defendant,
IAN CARL GARCIA

JULIA MEZHINSKY JAYNE (State Bar No. 202753)
E-Mail: *jjayne@campbelljayne.com*
CAMPBELL & JAYNE LLP
369 Pine Street, Suite 518
San Francisco, CA 94104
Telephone:   (415) 623-3600
Facsimile:   (415) 623-3605

Attorneys for Defendant
JUAN PAOLO GARCIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF:<br><br>JUAN PAULO D. GARCIA AND IAN CARL GARCIA | CASE NO. CR-09-90136 MISC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE FROM MARCH 16, 2011 TO MAY 17, 2011** |

///

///

In Re:  Extradition of:  Juan Paulo D. Garcia and Ian Carl D. Garcia, CR-09-90136

1

The parties in the above-captioned case, through their counsel of record, hereby make the stipulated request to reschedule the date of the Status Conference currently scheduled for March 16, 2011, at 10:00 a.m.

The defendants both reside out of the State of California and therefore must travel for every Court appearance.  As previously stated in open Court during the previous status conference, an executed Settlement Agreement is currently under submission for approval by the Sandiganbayan (the Court in the Philippines assigned to hear the underlying Plunder matter against the defendants and their family).  The Philippine Congress in the process of holding Congressional Hearings into the propriety and validity of the Settlement Agreement.  When and if the Sandiganbayan has reviewed and approved the Settlement Agreement, the defense expects that the Republic of the Philippines will dismiss its extradition demand against the defendants.

Therefore, the parties have mutually agreed that the Status Conference in the matter before this Court should be rescheduled to May 17, 2011 at ~~10:00 a.~~m. [9:30 a.m.] at which time the parties hope to have a further update for the Court.  The parties also request that the defendants' appearances be waived for the May 17, 2011 appearance.

IT IS SO STIPULATED.

///

///

///

In Re:  Extradition of:  Juan Paulo D. Garcia and Ian Carl D. Garcia, CR-09-90136

Dated: March 15, 2011

CAMPBELL & JAYNE

BY: _____/S/_____
        JULIA JAYNE

ATTORNEYS FOR DEFENDANT JUAN PAOLO DEPAKAKIBO GARCIA

Dated: March 15, 2011

TAMOR & TAMOR

By: _____/S/_____
        RICHARD TAMOR

ATTORNEYS FOR DEFENDANT IAN CARL DEPAKAKIBO GARCIA

Dated: March 15, 2011

MELINDA HAAG
UNITED STATES ATTORNEY

By: _____/S/_____
        PHILIP KEARNEY

ASSISTANT UNITED STATES ATTORNEY
ATTORNEYS FOR THE UNITED STATES SPECIALLY APPEARING FOR THE REPUBLIC OF THE PHILIPPINES.

///

///

///

In Re: Extradition of: Juan Paulo D. Garcia and Ian Carl D. Garcia, CR-09-90136


## ORDER

**GOOD CAUSE** appearing, it is hereby ordered that the Status Conference currently scheduled for March 16, 2011 will be rescheduled to May 17, 2011 at ~~10:00~~ 9:30 a.m. The defendants' appearances are waived on May 17, 2011.

Dated: March __15__ 2011



IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

CHEN
JUDGE
California

In Re: Extradition of: Juan Paulo D. Garcia and Ian Carl D. Garcia, CR-09-90136