RICHARD A. TAMOR, ESQ.
TAMOR & TAMOR
The Sierra Building
311 Oak Street, Suite 108
Oakland, CA 94607
Telephone: (415) 655-1969
Facsimile:  (415) 887-7658
rtamor@TamorLaw.com

Attorneys for Defendant,
IAN CARL GARCIA

JULIA MEZHINSKY JAYNE (State Bar No. 202753)
E-Mail: *jjayne@campbelljayne.com*
CAMPBELL & JAYNE LLP
425 California Street, Suite 550
San Francisco, CA 94104
Telephone:    (415) 623-3600
Facsimile:    (415) 623-3605

Attorneys for Defendant
JUAN PAOLO GARCIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF:<br><br>JUAN PAULO D. GARCIA AND IAN CARL GARCIA | CASE NO. CR-09-90136 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE FROM JULY 25, 2012 TO OCTOBER 17, 2012** |

///

///

In Re:  Extradition of:  Juan Paulo D. Garcia and Ian Carl D. Garcia, XR-09-90136

1

The parties in the above-captioned case, through their counsel of record, hereby make the stipulated request to reschedule the date of the Status Conference currently scheduled for July 25, 2012, at 9:30 a.m.

The defendants both reside out of the State of California and therefore must travel for every Court appearance.  The parties have been informed that the Republic of the Philippines prosecutors in the related criminal proceeding in the Republic of the Philippines are still waiting for the Sandiganbayan (the Anti-Corruption Court in the Philippines) to issue its decision on General Carlos Garcia's (the defendants' father) plea agreement.  The Sandiganbayan's decision will inform whether the Republic of the Philippines will go forward with its extradition request.

Therefore, the parties have mutually agreed that the Status Conference in the matter before this Court should be rescheduled to October 17, 2012 at 9:30 a.m. at which time the parties hope to have a further update for the Court.  The parties also request that the defendants' appearances be waived for that appearance.

IT IS SO STIPULATED.

///

///

///

In Re:  Extradition of:  Juan Paulo D. Garcia and Ian Carl D. Garcia, XR-09-90136

Dated:  July 24, 2012          CAMPBELL & JAYNE

                                              BY:  _____/S/_____
                                                               JULIA JAYNE

ATTORNEYS FOR DEFENDANT JUAN PAOLO DEPAKAKIBO GARCIA


Dated:  July 24, 2012          TAMOR & TAMOR

                                              By:  _____/S/_____
                                                      RICHARD TAMOR

ATTORNEYS FOR DEFENDANT IAN CARL DEPAKAKIBO GARCIA


Dated:  July 24, 2012          MELINDA HAAG
                                         UNITED STATES ATTORNEY

                                           By:  _____/S/_____
                                                    PHILIP KEARNEY

ASSISTANT UNITED STATES ATTORNEY
ATTORNEYS FOR THE UNITED STATES
SPECIALLY APPEARING FOR THE
REPUBLIC OF THE PHILIPPINES.

///

///

///

In Re:  Extradition of:  Juan Paulo D. Garcia and Ian Carl D. Garcia, XR-09-90136

3

## ORDER

**GOOD CAUSE** appearing, it is hereby ordered that the Status Conference currently scheduled for July 25, 2012 will be rescheduled to October 17, 2012 at 9:30 a.m. The defendants' appearances are waived on October 17, 2012. , before Magistrate Joseph Spero.

Dated: July __24, 2012

By: _____
HON. MARIA-ELENA JAMES
CHIEF U.S. MAGISTRATE JUDGE
Northern District of California

In Re:  Extradition of:  Juan Paulo D. Garcia and Ian Carl D. Garcia, XR-09-90136