RICHARD A. TAMOR, ESQ.
TAMOR & TAMOR
The Sierra Building
311 Oak Street, Suite 108
Oakland, CA 94607
Telephone: (415) 655-1969
Facsimile:  (415) 887-7658
rtamor@TamorLaw.com

Attorneys for Defendant,
IAN CARL GARCIA


JULIA MEZHINSKY JAYNE (State Bar No. 202753)
E-Mail: *jjayne@campbelljayne.com*
CAMPBELL & JAYNE LLP
425 California Street, Suite 550
San Francisco, CA 94104
Telephone:   (415) 623-3600
Facsimile:    (415) 623-3605

Attorneys for Defendant
JUAN PAOLO GARCIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF:<br><br>JUAN PAULO D. GARCIA AND IAN CARL GARCIA | CASE NO. CR-09-90136 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE FROM OCTOBER 17, 2012 TO JANUARY 25, 2013** |

///

///

In Re:  Extradition of:  Juan Paulo D. Garcia and Ian Carl D. Garcia, XR-09-90136

1

The parties in the above-captioned case, through their counsel of record, hereby make the stipulated request to reschedule the date of the Status Conference currently scheduled for October 17, 2012, at 9:30 a.m. to January 25, 2013, at 10:30 a.m.

The defendants both reside out of the State of California and therefore must travel for every Court appearance.  The parties have been informed that the Republic of the Philippines prosecutors in the related criminal proceeding in the Republic of the Philippines are having ongoing discussions with the United States Department of Justice attaché regarding the status of the Sandiganbayan's (the Court with jurisdiction of corruption matters) decision on the matter before it.  This will inform whether the Republic of the Philippines will go forward with its extradition request.

Therefore, the parties have mutually agreed that the Status Conference in the matter before this Court should be rescheduled to January 25, 2013 at 10:30 a.m. at which time the parties hope to have a further update for the Court.  The parties also request that the defendants' appearances be waived for that appearance.

IT IS SO STIPULATED.

///

///

///

In Re:  Extradition of:  Juan Paulo D. Garcia and Ian Carl D. Garcia, XR-09-90136

| | |
|---|---|
| Dated:  October 16, 2012 | CAMPBELL & JAYNE |
| | BY:  _____/S/_____<br>        JULIA JAYNE |
| | ATTORNEYS FOR DEFENDANT JUAN PAOLO DEPAKAKIBO GARCIA |
| Dated:  October 16, 2012 | TAMOR & TAMOR |
| | By:  _____/S/_____<br>        RICHARD TAMOR |
| | ATTORNEYS FOR DEFENDANT IAN CARL DEPAKAKIBO GARCIA |
| Dated:  October 16, 2012 | MELINDA HAAG<br>UNITED STATES ATTORNEY |
| | By:  _____/S/_____<br>        PHILIP KEARNEY |
| | ASSISTANT UNITED STATES ATTORNEY<br>ATTORNEYS FOR THE UNITED STATES SPECIALLY APPEARING FOR THE REPUBLIC OF THE PHILIPPINES. |

///

///

///

In Re:  Extradition of:  Juan Paulo D. Garcia and Ian Carl D. Garcia, XR-09-90136

**ORDER**

**GOOD CAUSE** appearing, it is hereby ordered that the Status Conference currently scheduled for October 17, 2012 will be rescheduled to January 25, 2013 at 10:30 a.m.  The defendants' appearances are waived on January 25, 2013. Appearance shall be before Magistrate Judge Joseph C. Spero, Courtroom G, 15th Floor.

Dated:  October  17  2012

By:_____
HON. J
U.S. M
Northern



In Re:  Extradition of:  Juan Paulo D. Garcia and Ian Carl D. Garcia, XR-09-90136