MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

PHILIP J. KEARNEY (CABN 114978)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7023
    Fax: (415) 436-7234
    E-mail: philip.kearney@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF: <br><br> JUAN PAULO D. GARCIA, AND <br><br> IAN CARL GARCIA | No. CR-09-90136 MISC <br><br> STIPULATION AND [~~PROPOSED~~] ORDER DISMISSING EXTRADITION DEMAND |

      The United States of America, by its attorneys Melinda Haag, United States Attorney, and Philip J. Kearney, Assistant United States Attorney, and Julia Jayne, Esq., and Richard Tamor, Esq., counsel for fugitives Juan Paulo D. Garcia and Ian Carl Garcia ("Fugitives") respectively, jointly request that this Court enter an order dismissing without prejudice the above-captioned matter based upon the previous extradition demand made by the Republic of the Philippines.

**Background**

      On or about February 27, 2009, the Republic of the Philippines Department of Justice submitted a request to the United States Department of Justice for a provisional arrest warrant for the Fugitives with a view toward their extradition to the Philippines. The extradition provisions in force between the United States and the Philippines are found in the Extradition Treaty between the United States of

STIPULATION RE DISMISSAL OF EXTRADITION
CR 09-90136-MISC

America and the Republic of the Philippines, signed at Manila, the Philippines, on November 13, 1994, which entered into force on November 22, 1996 (the "the Treaty").

On or about February 28, 2006, arrest warrants for the fugitives were issued by the Honorable Edilberto G. Sandoval, Chairman, Second Division of the Sandiganbayan (Anti-Corruption and Graft Court), Quezon City, Philippines. On March 5, 2009, the Fugitives were arrested in San Francisco, California, on provisional arrest warrants based on an extradition demand.  Thereafter, the Philippine government submitted a formal request for extradition.  The fugitives were released on bail on or about June 17, 2009 and have been under the continuous supervision of the United States Pretrial Services Office since that time.  As the Court is aware, the extradition proceedings in this case have been repeatedly continued.

The extradition request was based on charges pending against the Fugitives in the Philippines alleging that they committed the crime of Plunder, under Section 2 of Republic Act No.7080.  The facts underlying the extradition request were described in detail in the Complaint. In sum, they stem from the connection of the Fugitives to their father, former Philippines Army Major General Carlos F. Garcia, and his apparent pattern of corruption and theft while serving in the Armed Forces of the Philippines. The charges allege that the Fugitives and other members of the former General's family have received illegal commissions, gifts, shares, percentages, kickbacks, and other forms of pecuniary benefits, at the expense and to the damage of the Filipino People and the Republic of the Philippines

**Discussion**

Since the filing of the extradition complaints against the Fugitives, the criminal case against their father has been proceeding in the Philippines. On May 9, 2011, the former General pleaded guilty, and his plea was accepted by the Sandigbayan.  The United States was initially informed that the General's sentencing would result in the withdrawal of the extradition demand for his sons.  However, domestic legal challenges to the sentence have been on-going for over two years.

The United States has requested, and the Republic of the Philippines has agreed, that the United States may move for the dismissal without prejudice of the extradition complaints against the Fugitives. This will conserve judicial resources in the Northern District of California and allow the Philippine courts the time necessary to resolve their domestic legal challenges that are relevant to the instant

STIPULATION RE DISMISSAL OF EXTRADITION
CR 09-90136-MISC

extradition demand. Depending on the outcome of those legal challenges, the Philippines may request that the United States re-file the extradition complaints at some point in the future. While re-filing the extradition complaint is legally permissible, the United States will independently review a subsequent extradition demand to determine whether re-filing is appropriate under the Treaty and Title 18 United States Code, Section 3184.

**Conclusion**

For the reasons set forth above, the United States and the Fugitives, by their undersigned attorneys, stipulate and respectfully request that the Court enter an Order to Dismiss the Extradition Complaint without Prejudice, and to exonerate the bond held by the Court on the Fugitives behalf.

IT IS SO STIPULATED.

Dated: September 12, 2013     CAMPBELL & JAYNE
                              By: _____/S/_____
                                  JULIA JAYNE
                                  ATTORNEYS FOR DEFENDANT JUAN
                                  PAOLO D. GARCIA

Dated: September 12, 2013     TAMOR & TAMOR
                              By: _____/S/_____
                                  RICHARD TAMOR

                                  ATTORNEYS FOR DEFENDANT
                                  IAN CARL GARCIA

Dated: September 12, 2013     MELINDA HAAG
                              UNITED STATES ATTORNEY

                              By: _____/S/_____
                                  PHILIP KEARNEY
                                  ASST. UNITED STATES ATTORNEY
                                  SPECIALLY APPEARING FOR THE
                                  REPUBLIC OF THE PHILIPPINES

///

///

///

STIPULATION RE DISMISSAL OF EXTRADITION
CR 09-90136-MISC

**ORDER**

Having reviewed the above stipulation of counsel for the parties, and the Court being otherwise fully advised, IT IS HEREBY ORDERED that the Extradition Complaints filed in the above-captioned matters regarding fugitives JUAN PAOLO D. GARCIA and IAN CARL GARCIA, be dismissed without prejudice, and that the bond held by the court on behalf of both fugitives be exonerated and returned to the parties or their attorneys.

DATED: 09/12/13



HONORABLE _____
United States _____

Judge Joseph C. Spero
STIPULATION RE DISMISSAL OF EXTRADITION
CR 09-90136-MISC